THE PEOPLE OF THE STATE OF NEW YORK ex rel. GENERAL CHEMICAL COMPANY v. JACOB A. CANTOR and Others, as Commissioners, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

SOCIETE BORDELAISE DE CONSERVES AND PRODUITS ALIMENTAIRES v. WOOD & SELICK.— Motion denied, with ten dollars costs. Present— Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

GEORGE FUSS v. COMPANIA ZAMORENSE DE NAVEGACION, SOCIEDAD ANONIMA.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

In the Matter of PETER MALONE and Others (JONATHAN C. DAY, Commissioner, etc.).— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

In the Matter of ALEXANDER BREMER v. MUSICAL MUTUAL PROTECTIVE UNION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

MATOAKA REALTY COMPANY v. CHEVROLET MOTOR COMPANY OF NEW YORK, INC.— Motion denied, with ten dollars costs. Present — Clarke P. J., Dowling, Smith, Page and Philbin, JJ.

DAVID H. HYMAN v. MAX RADT.— Motion denied. Present — Cl. P. J., Dowling, Smith, Page and Philbin, JJ.

ELSIE B. FOWLER v. HARRY L. POWERS, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ELLA MAIER v. THE MAZE REALTY COMPANY.— Motions for stay granted. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

F. W. MOORE COMPANY v. ARISTO HOSIERY COMPANY, INC., and Others. — Motion to withdraw motion for stay granted, without costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

MARGARET LYNCH v. YONKERS RAILROAD COMPANY.— Motion for stay granted. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ROSALIND S. BLOOMINGDALE v. HIRAM C. BLOOMINGDALE.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

MORRIS GREENHILL v. EUGENE DELANO and Others.— Motion for stay granted. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

In the Matter of EVANS FILM MANUFACTURING COMPANY, INC.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

KOBRE ASSETS CORPORATION v. HYMAN D. BAKER and Others.— Motion for stay granted. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.